# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN MERRITTS, | : | Civil No. 1:17-CV-01881 |
| Plaintiff, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of June, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendants' motion for summary judgment (Doc. 38) is **GRANTED IN PART AND DENIED IN PART**.

2. The motion is granted with respect to Plaintiff's hostile work environment claim under both Title VII and the PHRA.

3. The motion is denied with respect to Plaintiff's discrimination and retaliation claims under both Title VII and the PHRA.

4. A status conference is scheduled for **July 16, 2020 at 10:00 a.m.** to discuss scheduling of future matters in this case.  The conference will be by

telephone. Counsel for Plaintiff shall initiate the call by calling chambers at (717) 221-3970 after all parties are on the line.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania